

**IT IS ORDERED as set forth below:**

**Date: June 4, 2013**

_____

**C. Ray Mullins**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| PHILEMON D. HARRINGTON, JR. | : | CASE NUMBER A10-87312-CRM |
| GWENDOLYN DENISE HARRINGTON: | | |
| DEBTORS | : | JUDGE MULLINS |

**CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO**
**PROVIDE TAX REFUNDS**

On May 22, 2013 at 10:00 a.m., the Court held a hearing on the Trustee's Motion to

Dismiss based upon the Debtors' failure to remit tax refunds to the Chapter 13 Trustee.  It further

appears to the Court that the Debtors through counsel, agreed at the call of the Court's calendar

to a consent agreement.  For cause shown, **IT IS HEREBY**

**ORDERED** that the Debtors shall remit their Federal Income tax return to the Trustee by

May 15th of each calendar year for the remaining years the case is pending.  Additionally, unless

further Court order allows retention, the Debtors shall pay any tax refund for the years of the

Debtors' Applicable Commitment Period to the Trustee by May 15th of each calendar year.  If

the Debtors fail to provide either the tax refund or tax return to the Trustee by May 15th then the

case shall be dismissed without further notice or hearing upon the receipt of the Chapter 13

Trustee's Supplemental Status Report requesting an Order of Dismissal.  Prior to recommending

dismissal the Trustee shall contact the Debtors' attorney via email or telephone to alert them of

the default with an opportunity to cure the default.  Additionally, a letter will be sent to the

Debtors at the beginning of each calendar year requesting a copy of the tax return and requesting

the refund to be sent to the Chapter 13 Trustee.

The Clerk of the Court is directed to serve notice of this Order to the Debtors, Debtors'

attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**

CONSENTED TO BY:

____/s/_____         ____/s/_____
Nancy J. Whaley                   Christine Kapur
Chapter 13 Trustee                Attorney for Debtors
GA Bar Number 377941              GA Bar No. 197008
303 Peachtree Center Ave., NE     Clark & Washington, P.C.
Suite 120                         Bldg. 3
Atlanta, GA  30303                3300 Northeast Expwy.
(678) 992-1201                    Atlanta, GA 30341
                                  *Signed by Nancy J. Whaley*
                                  *with express permission*

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                    Case No. 10-87312-crm
Philemon D. Harrington                                                    Chapter 13
Gwendolyn Denise Harrington
        Debtors

# CERTIFICATE OF NOTICE

District/off: 113E-9          User: dillard          Page 1 of 2          Date Rcvd: Jun 04, 2013
                             Form ID: pdf403          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2013.
db/jtdb      +Philemon D. Harrington, Jr.,   Gwendolyn Denise Harrington,   5975 Pattillo Lane,
              Lithonia, GA 30058-6295
tr           +Nancy J. Whaley,   Nancy J. Whaley, 13 Trustee,   Suite 120,   303 Peachtree Center Avenue,
              Atlanta, GA 30303-1286

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**


**Date: Jun 06, 2013**                          **Signature:**          _Joseph Speetjens_

```
District/off: 113E-9          User: dillard        Page 2 of 2            Date Rcvd: Jun 04, 2013
                              Form ID: pdf403      Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2013 at the address(es) listed below:
          E. L. Clark    on behalf of Joint Debtor Gwendolyn Denise Harrington ecfnotices@cw13.com,
           ecfnotices@cw13fl.com
          E. L. Clark    on behalf of Debtor Philemon D. Harrington, Jr. ecfnotices@cw13.com,
           ecfnotices@cw13fl.com
          Nancy J. Whaley   ecf@njwtrustee.com
          Patti H. Bass   on behalf of Creditor   Capital One, N.A. ecf@bass-associates.com
          Patti H. Bass   on behalf of Creditor   HSBC Bank Nevada, N.A. ecf@bass-associates.com
          Sarah A. Wyeth   on behalf of Creditor   MidFirst Bank mmoore@campbellandbrannon.com,
           brdept@rsmpc-law.com
                                                                              TOTAL: 6
```